IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRAZIANO<br>No. 48743-080<br>Federal Correctional Complex<br>Box 3000 (MEDIUM)<br>Forrest City, Arkansas 72336<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS<br>320 First Street, N.W.<br>Washington, D.C. 20534<br><br>      Defendant. | Civil Action No. 05-1953 (RCL) |

## PRAECIPE

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage pre-paid to:

ANTHONY GRAZIANO
No. 48743-080
Federal Correctional Complex
Box 3000 (MEDIUM)
Forrest City, Arkansas 72336

on October 19, 2005

_____
LISA S. GOLDFLUSS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530