UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY GRAZIANO**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS** )<br>)<br>Defendant. ) | Civil Action No. 05-1953 (RCL) |

**ORDER**

UPON CONSIDERATION of defendant's motion for enlargement of time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have until January 4, 2006, in which to move, answer, or otherwise respond to the Complaint.

Date: _____

_____
UNITED STATES DISTRICT JUDGE