UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY GRAZIANO** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1953 (RCL) |
| | ) | |
| **FEDERAL BUREAU OF PRISONS** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of defendant's motion for enlargement of time, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have until February 28, 2006, in which to move, answer, or otherwise respond to the Complaint.

Date: _____

_____
UNITED STATES DISTRICT JUDGE