IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY GRAZIANO, | ) | |
| v. | ) | No: 2:05-CV-01953 RCL |
| FEDERAL BUREAU OF PRISONS, | ) | |

## DECLARATION OF JAMES D. CROOK

1. I, James D. Crook, hereby declare that I am the Supervisory Attorney at the United States Department of Justice, Federal Bureau of Prisons (BOP) Consolidated Legal Center in Oklahoma City, Oklahoma. I have been so employed since May 2005. I have been employed by the BOP at various locations since January 1990.

2. Included among my duties as Supervisory Attorney is the responsibility to assist in the defense of civil litigation involving employees of the BOP. I am familiar with Plaintiff's claim in the above captioned case. I make this declaration in support of the Defendant's motion.

3. As part of my official duties, I have access to records maintained in the ordinary course of business by the BOP, including BOP's Inmate Central Records System (JUSTICE/BOP-005). See 67 Federal Register 37371-37732; 28 C.F.R. §16.97(a)(4), (j).

4. Based on my review of the relevant BOP records, I aver that the plaintiff in this action, Anthony A. Graziano, federal register number 48743-080, is a federal prisoner currently serving a One Hundred Thirty-Five Month aggregated sentence for Conspiracy to Engage in Racketeer Influenced and Corrupt Organizations (RICO), Conspiracy to Commit Racketeering

and Attempt to Evade Tax.

5. I also aver that Mr. Graziano is currently confined for service of his sentence at the Federal Correctional Complex - Medium Security Institution (FCC Forrest City - Medium), located in Forrest City, Arkansas, and is presently expected to be released with Good Conduct Time (GCT) on January 6, 2012.

6. The document that plaintiff alleges is the subject of this Privacy Act suit is a Security Designation Data Sheet created in 2004, containing information about plaintiff's involvement in past criminal activity, and specifically referencing, inter alia, his "sphere of influence." See Complaint at 1. Pursuant to my authority and duties, I undertook to access a document of that description within BOP's SENTRY data base, which is part of BOP's Inmate Central Record System (JUSTICE/BOP-005). The Security Designation Data Sheet referenced in plaintiff's Complaint is maintained by BOP as part of BOP's Inmate Central Records system. See also 67 Federal Register 31371 (enumerating, as categories of information contained in the Inmate Central Record System, information concerning "(5) present offense, prior criminal background, sentence and parole; . . . and (7) institution designation and housing assignments, including separation orders, and supporting documentation".

Pursuant to the provisions of 28 § U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___9th___ day of March 2006, in Oklahoma City, Oklahoma.

James D. Crook, Supervisory Attorney

2