UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTHONY GRAZIANO**,          ) | |
| ) | |
| **Plaintiff**,          ) | |
| ) | |
| v.          ) | Civil Action No. 05-1953 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS**,   ) | |
| ) | |
| **Defendant**.          ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss Or, in the Alternative, for Summary Judgment, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that this case is dismissed with prejudice.

Date: _____

_____
UNITED STATES DISTRICT JUDGE