UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAZIANO,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

Civil Action No. 05-1953 (RCL)

## ORDER

Defendant filed a motion to dismiss or, in the alternative, for summary judgment on March 10, 2006. Plaintiff is proceeding *pro se*. On March 13, 2006, the Court issued an order directing plaintiff to respond to the motion within 30 days. Plaintiff was advised that if he failed to response to the motion by that date, the Court would assume that the motion was conceded and grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). As of this date, plaintiff has not filed a response to the defendant's motion. Accordingly, it is

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [13] is **GRANTED**. It is hereby

**FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.